UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAEVON SHADE,

    Plaintiff,

v.

                              Case No. 24-cv-11515
                              Honorable Linda V. Parker

THE CITY OF HARPER WOODS,

    Defendant.
_____/

**<u>OPINION AND ORDER DENYING PLAINTIFF'S "OBJECTION" TO THE FEBRUARY 24, 2025 SUMMARY DISMISSAL OF HIS COMPLAINT</u>**

On June 10, 2024, Plaintiff filed this lawsuit against Defendant City of Harper Woods ("Harper Woods"). (ECF No. 1.) Plaintiff also filed an application to proceed in forma pauperis ("IFP"). (ECF No. 2.) On February 24, 2025, this Court entered an Opinion and Order granting Plaintiff's application to proceed IFP but summarily dismissed his Complaint. (ECF No. 6.) A Judgment was entered on the same date. (ECF No. 7.) Plaintiff has filed an "objection" to the dismissal, which the Court construes as a motion to alter or amend judgment pursuant to Federal Rule of Civil Procedure 59(e) or a motion for relief from judgment pursuant to Rule 60(b). (*See* ECF No. 8.)

Motions to alter or amend judgment pursuant to Rule 59(e) may be granted only if there is a clear error of law, newly discovered evidence, an intervening

change in controlling law, or to prevent manifest injustice. *GenCorp., Inc. v. Am. Int'l Underwriters*, 178 F.3d 804, 834 (6th Cir. 1999). Rule 60(b) allows a court to relieve a party from a final judgment, order, or proceeding for a number of reasons, including mistake, newly discovered evidence that could not have been discovered previously, fraud, or "any other reason that justifies relief." Fed. R. Civ. P. 60(b). Plaintiff does not demonstrate entitlement to relief under either rule in his filing. He fails to explain how Defendant, the City of Harper Woods, is liable for the asserted acts of its police officers set forth in the Complaint.

Accordingly, the Court **DENIES** Plaintiff's "objection" (ECF No. 8), and this matter remains **CLOSED**.

**SO ORDERED**.

                                          s/ Linda V. Parker
                                          LINDA V. PARKER
                                          U.S. DISTRICT JUDGE

Dated: May 22, 2025

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, May 22, 2025, by electronic and/or U.S. First Class mail.

                                          s/Aaron Flanigan
                                          Case Manager